RECEIVED
IN MONROE, LA
FEB 23 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| AMBASSADOR TSEGAY GABREMICHEAL | CIVIL ACTION NO. 06-0847 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERTO GONZALES, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 17], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* [Doc. No. 1] is GRANTED.

IT IS FURTHER ORDERED that Petitioner be released from custody pending removal upon reasonable restrictions.

MONROE, LOUISIANA this __23__ day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE